IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLEN DALE SPIVEY,

    Plaintiff,

v.                                     4:22cv18–WS/MAF

LEONARD SCHIOFMAN,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 21) docketed April 18, 2022. The magistrate judge recommends that this Plaintiff's complaint be dismissed as a shotgun pleading and for failure to comply with court orders. Although he was given an extension of time to do so, Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 21) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint is hereby DISMISSED without prejudice as a shotgun pleading and for failure to comply with court orders.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __7th__ day of __July__, 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE