UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GLEN DALE SPIVEY,

    Plaintiff,

v.                                                   4:22cv18–WS/MAF

LEONARD SCHIOFMAN,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 30) docketed January 23, 2023. The magistrate judge recommends that the undersigned deny Petitioner's Rule 60(b) motion (ECF No. 29) for relief from the court's order (ECF No. 25) and judgment (ECF No. 26) dismissing his case. Plaintiff has filed no objections to the report and recommendation, despite having been granted an extension of time to do so.

Like the magistrate judge, the undersigned finds that Plaintiff's motion is due to be denied. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 30) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's Rule 60(b) motion (ECF No. 29) for relief from judgment is DENIED.

DONE AND ORDERED this   20th   day of   March  , 2023.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE